UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-189-F

| | | |
|---|---|---|
| VALERIE CULVER-GABRYSIAK and JOHN GABRYSIAK, Plaintiff, v. LANDMARK CREDIT UNION and DARNIEDER & GERAGHTY, Defendants. | ) ) ) ) ) ) ) ) | ORDER |

This matter is before the court on the Notice of Voluntary Dismissal [DE-12] filed by Plaintiffs in this action in response to the court's Show Cause Order [DE-9]. In accordance with Plaintiffs' Notice, stating that they voluntarily dismiss this action with prejudice, the Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 23rd day of October, 2008.

JAMES C. FOX
Senior United States District Judge